## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JOE NATHAN JAMES,         )
                            )
      Plaintiff,        )
                            )
v.                         )    Case. No. 1:22-cv-285-TFM-N
                            )
TERRY RAYBON, Warden, et al.   )
Attorney General of Alabama,    )
                            )
      Defendants.     )

## SUGGESTION OF DEATH

Comes now Respondent, by and through the Attorney General of the State of Alabama, and shows the following:

In accordance with Rule 25(a), Terry Raybon, who is the Respondent in this action, notes the death during the pendency of this action of Petitioner Joe Nathan James. Petitioner James was lawfully executed on July 28, 2022. Respondent submits that Mr. James' death renders this action moot.

               Respectfully Submitted,

               Steve Marshall
               Attorney General

               *s/ Richard D. Anderson* **(AND075)**
               Richard D. Anderson
               *Assistant Attorney General*
               *Counsel for Respondent*

## CERTIFICATE OF SERVICE

Petitioner James brought this action *pro se*. Because Petitioner James is deceased, Respondent is unable to serve this pleading upon him**.**

*s/ Richard D. Anderson*
Richard D. Anderson
*Assistant Attorney General*
*Counsel for Respondent*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Tel:  (334) 353-2021
Fax:  (334) 353-8400
September 20, 2022          richard.anderson@alabamaag.gov